Steven N. Geise (SBN 249969)
JONES DAY
sngeise@jonesday.com
4655 Executive Drive
Suite 1500
San Diego, CA 92121
Tel: (858) 314-1200
Fax: (844) 345-3178

*[Additional counsel identified on signature page]*
Counsel for Plaintiffs
R.J. Reynolds Tobacco Company; R.J. Reynolds Vapor Company; American Snuff Company, LLC; Santa Fe Natural Tobacco Company, Inc.; Modoral Brands Inc.; Neighborhood Market Association, Inc.; and Morija, LLC dba Vapin' the 619

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>    *Defendants*. | Case No. 3:22-cv-01755-BEN-MSB<br><br>Hon. Roger T. Benitez<br><br>**NOTICE OF MOTION AND PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND INJUNCTION PENDING APPEAL**<br><br>Hearing Date: December 12, 2022<br>Time: 10:30 A.M.<br>Courtroom: 5A<br><br>Complaint Filed: November 9, 2022 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Plaintiffs R.J. Reynolds Tobacco Company; R.J. Reynolds Vapor Company; American Snuff Company, LLC; Santa Fe Natural Tobacco Company, Inc.; Modoral Brands Inc.; Neighborhood Market Association, Inc.; and Morija, LLC dba Vapin' the 619 will and hereby do move this Court, under Federal Rule of Civil Procedure 65, for the issuance of a preliminary injunction on the First Claim for Relief of Plaintiffs' Complaint (express preemption). ECF No. 1. Plaintiffs seek a preliminary injunction enjoining Defendants from implementing or enforcing California Senate Bill 793's ("SB793") prohibition on flavored tobacco products, which was signed into law on August 28, 2020, suspended by referendum, approved by referendum on November 8, 2022, and which will take effect no later than December 21, 2022.

Plaintiffs further will and hereby do move for an injunction pending appeal of this Court's inevitable denial of the motion for a preliminary injunction. *See* Fed. R. App. Proc. 8(a).

Plaintiffs recognize that, at this time, their express preemption claim is foreclosed in this Court under Ninth Circuit precedent and that this Court therefore must deny the motion for a preliminary injunction and the motion for an injunction pending appeal. *See R.J. Reynolds Tobacco Co. v. County of Los Angeles*, 29 F.4th 542 (9th Cir. 2022) ("*Los Angeles County*"), *cert. pending*, No. 22-338 (U.S. filed Oct. 7, 2022). Nonetheless, Plaintiffs believe that *Los Angeles County* was wrongly decided and the plaintiffs in *Los Angeles County* (which include some of the Plaintiffs in this case) have sought Supreme Court review. Plaintiffs in this case preserve (for appellate review) their claim that the Tobacco Control Act expressly preempts California's SB793 and wish to seek relief from a higher court as quickly as possible.

This Motion is based on this Notice of Motion, the concurrently filed Memorandum of Points and Authorities, the declarations submitted, and the pleadings and papers on file in this action. Given that SB793 will go into effect no

later than December 21, 2022, Plaintiffs request that this Court rule expeditiously on this motion, but no later than November 23, 2022. In a concurrently submitted unopposed ex parte application, Plaintiffs have also requested that this Court shorten the briefing schedule so that Plaintiffs may timely seek relief in a higher court. In particular, Plaintiffs propose that any opposition be filed by November 17, 2022 and any reply be filed by 2 days from the opposition's filing.

Dated: November 10, 2022

Respectfully submitted,

JONES DAY

By: /s/ Steven N. Geise
　　Steven N. Geise
　　sngeise@jonesday.com

Noel J. Francisco* (D.C. Bar No. 464752)
Christian G. Vergonis* (D.C. Bar No. 483293)
Ryan J. Watson* (D.C. Bar No. 986906)
Andrew Bentz* (D.C. Bar No. 1020719)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700
* admitted *pro hac vice*

*Counsel for Plaintiffs*
R.J. REYNOLDS TOBACCO COMPANY;
R.J. REYNOLDS VAPOR COMPANY;
AMERICAN SNUFF COMPANY, LLC;
SANTA FE NATURAL TOBACCO COMPANY, INC.; MODORAL BRANDS INC.; NEIGHBORHOOD MARKET ASSOCIATION, INC.; and MORIJA, LLC dba VAPIN' THE 619