CLAUDIA G. SILVA, County Counsel (SBN 167868)
JOSHUA M. HEINLEIN, Senior Deputy (SBN 239236)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-5850; Facsimile: (619) 531-6005
Email: joshua.heinlein@sdcounty.ca.gov

**Exempt from Filing Fee, Gov't Code § 6103**

Attorneys for Defendant Summer Stephan, in her official capacity as District Attorney for the County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; R.J. REYNOLDS VAPOR COMPANY; AMERICAN SNUFF COMPANY, LLC; SANTA FE NATURAL TOBACCO COMPANY, INC.; MODORAL BRANDS INC.; NEIGBORHOOD MARKET ASSOCIATION, INC.; and MORIJA, LLC dba VAPIN' THE 619,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>　　　　Defendants. | No. 20-cv-01755-CAB-WVG<br><br>**DEFENDANT SUMMER STEPHAN'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br>**[ECF NO. 1]**<br><br>Hearing Date:　February 24, 2023<br>Time:　　　　 N/A<br>Courtroom:　　15A<br><br>Judge:　　　　Cathy Ann Bencivengo<br>Magistrate Judge: William V. Gallo<br><br>Action Filed:　November 9, 2022<br>Trial Date:　　None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that on February 24, 2023, or as soon thereafter as the matter may be heard, the Honorable Cathy Ann Bencivengo, in courtroom 15A located at 333 W. Broadway, San Diego, California, Defendant SUMMER STEPHAN, in her official capacity District Attorney of the County of San Diego, will move to dismiss

///

No. 20-cv-01755-CAB-WVG

1  Plaintiffs' Complaint pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6) on the
2  grounds that the Complaint fails to state a claim on which relief can be granted.
3       The motion will be based upon this notice, the accompanying joinder in defendant
4  Robert Bonta's motion to dismiss Plaintiffs' Complaint, and upon all papers and
5  pleadings on file in this action.

7  DATED: January 11, 2023        CLAUDIA G. SILVA, County Counsel
8                                          COUNTY OF SAN DIEGO

10                                         By: /s/ Joshua M. Heinlein
                                             Joshua M. Heinlein, Senior Deputy
                                       Attorneys for Defendant Summer Stephan, in
                                       her official capacity as District Attorney for the
                                       County of San Diego