CLAUDIA G. SILVA, County Counsel (SBN 167868)
JOSHUA M. HEINLEIN, Senior Deputy (SBN 239236)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-5850; Facsimile: (619) 531-6005
Email: joshua.heinlein@sdcounty.ca.gov
**Exempt from Filing Fee, Gov't Code § 6103**

Attorneys for Defendant Summer Stephan, in her official capacity as District Attorney for the County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; R.J. REYNOLDS VAPOR COMPANY; AMERICAN SNUFF COMPANY, LLC; SANTA FE NATURAL TOBACCO COMPANY, INC.; MODORAL BRANDS INC.; NEIGBORHOOD MARKET ASSOCIATION, INC.; and MORIJA, LLC dba VAPIN' THE 619,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>Defendants. | No. 20-cv-01755-CAB-WVG<br><br>**DEFENDANT SUMMER STEPHAN'S JOINDER IN DEFENDANT ROBERT BONTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br>**[ECF NO. 1]**<br><br>Hearing Date:   February 24, 2023<br>Time:           N/A<br>Courtroom:      15A<br><br>Judge:              Cathy Ann Bencivengo<br>Magistrate Judge:   William V. Gallo<br><br>Action Filed:   November 9, 2022<br>Trial Date:     None Set |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to CivLR 7.1(j), defendant, SUMMER STEPHAN, in her official capacity as District Attorney of the County of San Diego hereby joins in the motion to dismiss Plaintiffs' Complaint [ECF No. 1], filed in this action by defendant ROBERT BONTA, in his official capacity as the Attorney General of California [ECF No. 31], together with all supporting facts, arguments, documents,

No. 20-cv-01755-CAB-WVG

1  and evidence filed therewith. Plaintiffs' claims challenge a state law and not any local
2  ordinance. Accordingly, Plaintiffs' claims are necessarily directed to the State.
3        For the reasons stated in defendant Bonta's motion to dismiss Plaintiffs'
4  Complaint, defendant Stephan respectfully requests that the Court dismiss Plaintiffs'
5  Complaint with prejudice.

7  DATED: January 11, 2023            CLAUDIA G. SILVA, County Counsel
8                                     COUNTY OF SAN DIEGO

10                                    By: /s/ Joshua M. Heinlein
                                          Joshua M. Heinlein, Senior Deputy
11                                    Attorneys for Defendant Summer Stephan, in her
                                      official capacity as District Attorney for the
                                      County of San Diego