CLAUDIA G. SILVA, County Counsel (SBN 167868)
JOSHUA M. HEINLEIN, Senior Deputy (SBN 239236)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, CA 92101
Telephone: (619) 531-5850; Facsimile: (619) 531-6005
Email: joshua.heinlein@sdcounty.ca.gov
**Exempt from Filing Fee, Gov't Code § 6103**

Attorneys for Defendant Summer Stephan, in her official capacity as District Attorney for the County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY; R.J. REYNOLDS VAPOR COMPANY; AMERICAN SNUFF COMPANY, LLC; SANTA FE NATURAL TOBACCO COMPANY, INC.; MODORAL BRANDS INC.; NEIGBORHOOD MARKET ASSOCIATION, INC.; and MORIJA, LLC dba VAPIN' THE 619,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>Defendants. | No. 20-cv-01755-CAB-WVG<br><br>**PROOF OF SERVICE**<br><br>Judge:  Cathy Ann Bencivengo<br>Magistrate Judge: William V. Gallo<br><br>Action Filed:  November 9, 2022<br>Trial Date:  None Set |

I, the undersigned, declare, I am over the age of eighteen years and not a party to the case; I am employed in, or am a resident of, the County of San Diego, California where the service occurred; and my business address is: 1600 Pacific Highway, Room 355, San Diego, California.

On January 11, 2023, I served the following documents:

///

---

PROOF OF SERVICE

1. **DEFENDANT SUMMER STEPHAN'S NOTICE OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF NO. 1];**

2. **DEFENDANT SUMMER STEPHAN'S JOINDER IN DEFENDANT ROBERT BONTA'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT [ECF NO. 1];**

In the following manner:

**BY CM/ECF:** I caused to be transmitted a copy of the foregoing document(s) this date via the United States District Court's ECF System, in accordance with the rules governing the electronic filing of documents in the **United States District Court for the Southern District of California**, which electronically notifies all counsel as follows:

| | |
|---|---|
| **Andrew Bentz**<br>**Christian Vergonis**<br>**Noel John Francisco**<br>**Ryan Jeffrey Watson**<br>Jones Day - Washington<br>51 Louisiana Avenue NW<br>Washington, DC 20001<br>Ph: (202) 879-3939 Fax: (202) 879-3939<br>Email: abentz@jonesday.com<br>       cvergonis@jonesday.com<br>       njfrancisco@jonesday.com<br>       rwatson@jonesday.com<br><br>**Steven N. Geise**<br>JONES DAY<br>4655 Executive Dr. Ste 1500<br>San Diego, CA 92121<br>Ph: (858) 314-1200 Fax: (844) 345-3178<br>Email: sngeise@jonesday.com<br>(*Attorneys for Plaintiffs R.J. Reynolds Tobacco Company et al.*) | ROB BONTA<br>Attorney General of California<br>**James V. Hart**<br>**Peter F. Nascenzi**<br>**Taylor Ann Whittemore**<br>Deputy Attorneys General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Ph: (916) 210-7805  Fax: (916) 327-2319<br>E-mail: Peter.Nascenzi@doj.ca.gov<br>        TaylorAnn.Whittemore@doj.ca.gov<br>(*Attorneys for Defendant Rob Bonta, in his official capacity as Attorney General of California*) |

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 11, 2023, at San Diego, California.

*Odette Ortega*
ODETTE ORTEGA