|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 27 2023<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| R. J. REYNOLDS TOBACCO COMPANY; et al.,<br><br>        Plaintiffs-Appellants,<br><br> v.<br><br>ROB BONTA, in his official capacity as Attorney General of California; SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>        Defendants-Appellees. | No.   22-56052<br><br>D.C. No. 3:22-cv-01755-CAB-WVG<br>Southern District of California, San Diego<br><br>ORDER |

Before: WARDLAW, CLIFTON, and SANCHEZ, Circuit Judges.

The motion for summary affirmance (Docket Entry No. 25) is granted. *See R.J. Reynolds Tobacco Co. v. County of Los Angeles*, 29 F.4th 542 (9th Cir. 2022).

**AFFIRMED.**

AC/MOATT