Andrew Bentz*
(D.C. Bar No. 1020719)
JONES DAY
abentz@jonesday.com
51 Louisiana Ave., N.W.
Washington, D.C. 20001
Tel: (202) 879-3939
Fax: (202) 626-1700

*admitted *pro hac vice*

*[Additional counsel identified on
signature page]*
*Counsel for Plaintiffs*
R.J. Reynolds Tobacco Company; R.J.
Reynolds Vapor Company; American
Snuff Company, LLC; Santa Fe
Natural Tobacco Company, Inc.;
Modoral Brands Inc.; Neighborhood
Market Association, Inc.; and Morija,
LLC dba Vapin' the 619

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.J. REYNOLDS TOBACCO COMPANY, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>ROBERT BONTA, in his official capacity as Attorney General of California; and SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego,<br><br>        *Defendants*. | Case No. 3:22-cv-01755-CAB-WVG<br><br>Hon. Cathy Ann Bencivengo<br><br>**PLAINTIFFS' NOTICE OF APPEAL**<br><br>Complaint Filed: November 9, 2022 |

1    PLEASE TAKE NOTICE that, pursuant to Rules 3 and 4 of the Federal Rules

2    of Appellate Procedure and 28 U.S.C. § 1291, Plaintiffs R.J. Reynolds Tobacco

3    Company; R.J. Reynolds Vapor Company; American Snuff Company, LLC; Santa

4    Fe Natural Tobacco Company, Inc.; Modoral Brands Inc.; Neighborhood Market

5    Association, Inc.; and Morija, LLC dba Vapin' the 619 hereby appeal to the United

6    States Court of Appeals for the Ninth Circuit from the Order and Judgment entered

7    March 15, 2023 (Docket Nos. 42, 43).

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Dated: April 14, 2023          Respectfully submitted,

2                                  JONES DAY

3

4                                  By: /s/ Andrew Bentz
                                        Andrew Bentz*
5                                       abentz@jonesday.com

6                                   Andrew Bentz*
                                    (D.C. Bar No. 1020719)
7                                   JONES DAY
                                    abentz@jonesday.com
8                                   51 Louisiana Ave., N.W.
                                    Washington, D.C. 20001
9                                   Tel: (202) 879-3939
                                    Fax: (202) 626-1700
10
                                    Steven N. Geise (SBN 249969)
11                                  JONES DAY
                                    sngeise@jonesday.com
12                                  4655 Executive Drive
                                    Suite 1500
13                                  San Diego, CA 92121
                                    Tel: (858) 314-1200
14                                  Fax: (844) 345-3178

15                                  Noel J. Francisco* (D.C. Bar No. 464752)
                                    Christian G. Vergonis* (D.C. Bar No. 483293)
16                                  Ryan J. Watson* (D.C. Bar No. 986906)
                                    JONES DAY
17                                  51 Louisiana Ave., N.W.
                                    Washington, D.C. 20001
18                                  Tel: (202) 879-3939
                                    Fax: (202) 626-1700
19                                  *admitted pro hac vice

20                                  Counsel for Plaintiffs
                                    R.J. REYNOLDS TOBACCO COMPANY;
21                                  R.J. REYNOLDS VAPOR COMPANY;
                                    AMERICAN SNUFF COMPANY, LLC;
22                                  SANTA FE NATURAL TOBACCO
                                    COMPANY, INC.; MODORAL BRANDS
23                                  INC.; NEIGHBORHOOD MARKET
                                    ASSOCIATION, INC.; and MORIJA, LLC
24                                  dba VAPIN' THE 619

25

26

27

28