

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| R. J. REYNOLDS TOBACCO COMPANY; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> ROB BONTA, in his official capacity as Attorney General of California; SUMMER STEPHAN, in her official capacity as District Attorney for the County of San Diego, <br><br> Defendants-Appellees. | No.   23-55349 <br><br> D.C. No. 3:22-cv-01755-CAB-WVG <br> Southern District of California, San Diego <br><br> ORDER |

Before:  SILVERMAN, R. NELSON, and BUMATAY, Circuit Judges.

The motion for summary affirmance (Docket Entry No. 6) is granted.  See *R.J. Reynolds Tobacco Co. v. County of Los Angeles*, 29 F.4th 542 (9th Cir. 2022).

**AFFIRMED.**

OSA113